**NOT RECOMMENDED FOR PUBLICATION**
File Name: 17a0449n.06

**No. 17-1093**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| WILLIAM D. SMITH, | ) | **FILED**<br>Aug 01, 2017<br>DEBORAH S. HUNT, Clerk |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE |
| | ) | UNITED STATES DISTRICT |
| MELANY GAVULIC; HURLEY MEDICAL | ) | COURT FOR THE EASTERN |
| CENTER, | ) | DISTRICT OF MICHIGAN |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |

BEFORE: NORRIS, SUHRHEINRICH, and GRIFFIN, Circuit Judges.

PER CURIAM.

In this employment-discrimination case, plaintiff William Smith, former General Counsel to Hurley Medical Center, appeals the district court's judgment granting summary judgment in favor of defendants Hurley and its CEO, Melany Gavulic. The case arises from Hurley's Board of Managers' decision to terminate Smith's employment on Gavulic's recommendation, which Smith alleges was an act of racial discrimination and retaliation for raising a complaint of racial discrimination against Gavulic. Smith's complaint alleged four types of claims: a racial discrimination claim under 42 U.S.C. § 1983, a First Amendment retaliation claim, and violation of Michigan's Whistle-Blowers' Protection Act, M.C.L. § 15.361 et seq., and Elliott-Larsen Civil Rights Act, M.C.L. § 37.2101 et seq. The district court granted summary judgment in favor of defendants on each claim, and plaintiff appealed.

After reviewing the record, the parties' briefs, and the applicable law, we conclude that the district court's thorough and well-written opinion correctly articulates and applies the applicable law to undisputed facts and that the issuance of a full written opinion by this court would serve no jurisprudential purpose. Accordingly, for the reasons stated in the district court's opinion, we affirm.